UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE SHEEHAN, AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF WILLIAM
JOSEPH SHEEHAN, SR., WILLIAM
JOSEPH SHEEHAN, JR., AND
JEREMY GERALD KRASNEY,

    Plaintiff,

v.                        Case No. 8:24-cv-330-MSS-AAS

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER

HD Law Partners P.A. files an objection to a non-party subpoena to produce documents and requests the court quash the subpoena. (Doc. 15). A motion must include a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request. *See* Local Rule 3.01(a). Before filing a motion in a civil action, the movant must confer with the opposing party in a good faith effort to resolve the motion and include with the motion a certification of the conferral. *See* Local Rule 3.01(g). HD Law Partners' filing does not meet these requirements. Accordingly, HD Law Partners' construed motion to quash the

1

non-party subpoena (Doc. 15) is **DENIED without prejudice** to be refiled in accord with the Local Rules.

    **ORDERED** in Tampa, Florida on June 10, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge